# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

**FILED**

2008 APR 11 P 3: 45

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY _____ CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Orlandus Bates | ) | Case No: 1:91-cr-115-004 |
| | ) | USM No: 12600-074 |
| Date of Previous Judgment: June 22, 1992 | ) | Mary Ellen Coleman |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __262__ months **is reduced to** __210__ months. If this revised sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __June 22, 1992__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __April 11, 2008__                    __/s/ R. Allan Edgar__
                                                                          Judge's signature

Effective Date: __April 23, 2008__               R. Allan Edgar, United States District Judge
(if different from order date)                         Printed name and title